428 A.2d 244

Burke etc. et al., Appellants v. Upper Merion School Dist.

Ar-gued December 5, 1979. Robert J. Kerns, for appellants; Williams F. Fox, Jr., for appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

This is an appeal from the refusal of a school district and the Court below to grant permission to a hemophiliac to participate in a wrestling program. Having carefully considered the issues raised and in light of the record, we affirm the lower Court on the basis of Judge Davenport's able Opinion dated July 3, 1979.

Order affirmed.